**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| IN RE CARTER'S SECURITIES LITIGATION | ) ) ) ) Civil Action No. 1:08-CV-2940-JOF |

**NOTICE OF LEAD PLAINTIFF PLYMOUTH COUNTY**
**RETIREMENT SYSTEM'S FINANCIAL INTEREST**

The Court-appointed Lead Plaintiff Plymouth County Retirement System ("Plymouth") in *Plymouth County Retirement System v. Carter's Inc.*, 1:08-CV-2940-JOF (the "Plymouth Litigation"), respectfully submits this notice of financial interest in the above-captioned class action, which consolidated the Plymouth Litigation with a subsequently-filed related action, *Mylroie v. Carter's Inc.*, 1:09-CV-03196-JOF (the "Mylroie Action") (collectively, the Plymouth Litigation and Mylroie Action are referred to herein as the "Consolidated Action" or "*In re Carter's Securities Litigation*"). *See* Dkt. # 39 (the "Consolidation Order").[1] This notice of financial interest and the accompanying Declaration of Christopher J. Keller (the "Keller Decl."), which attaches as Exhibit A, Plymouth's Amended Certification, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), evidencing Plymouth's financial interest of $297,302 in the Consolidated Action, are hereby submitted in response to the Court's January 15, 2010 Order (Dkt. # 43).

Given the commonality of legal and factual questions between the Plymouth Litigation and the Mylroie Action, this Court found that consolidation was appropriate. *See* Consolidation Order at 2. As the Court observed in the

---

[1] Unless otherwise noted, all references to "Dkt. #" herein refer to the Plymouth Litigation.

Consolidation Order, both the Plymouth Litigation and Mylroie Action are federal securities class actions that allege violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 against generally the same Defendants.[2]  The only veritable difference between the actions is the relevant time period—the Plymouth Litigation is asserted on behalf of purchasers of Carter's Inc. ("Carter's") securities between February 1, 2006 and July 24, 2007 (the "Class Period"); the Mylroie Action is asserted on behalf of purchasers of Carter's securities between April 24, 2004 and November 11, 2009 (the "Expanded Class Period").  In like circumstances, other courts have appointed the original lead plaintiff as the lead plaintiff in an expanded consolidated action.[3]

---

[2]   The Plymouth Litigation named as defendants Carter's, Frederick Rowan II ("Rowan"), Joseph Pacifico, Michael D. Casey ("Casey"), and Charles Whetzel, Jr. ("Whetzel").  *See* Plymouth Complaint ¶¶ 11-15, Dkt. # 1.  The Mylroie Action asserts the same claims against four of the same Defendants: Carter's, Casey, Rowan, and Whetzel, in addition to Richard F. Westenberger and David Pulver.  *See* Mylroie Complaint ¶¶ 10-15, Mylroie Dkt. # 1.

[3] *See*, *e.g.*, *In re UBS AG Sec. Litig.*, 1:07-cv-11225-RJS, slip op. at 2 (S.D.N.Y. Apr. 7, 2009), attached as Keller Decl., Ex. B. (consolidating existing subprime and auction-rate securities litigation with subsequently-filed and related tax evasion claims; "Lead Plaintiffs and Lead Plaintiffs counsel appointed by the stipulation and order dated March 6, 2008 will continue to be lead plaintiffs and lead counsel for this newly consolidated action"); *In re Cendant Corp. Litig.*, 182 F.R.D. 476, 479 (D.N.J. 1998) (rejecting efforts by "niche" plaintiffs to carve out subclass based on revelations of additional accounting fraud not included in the original PSLRA notice, holding, "that the [plaintiffs in the subsequently filed actions] have raised additional instances of misconduct which were not addressed in the other consolidated actions does not merit the creation of a separate class. Lead counsel has indicated that an amended and consolidated complaint will be

This Court's March 13, 2009 Order, Dkt. # 22, already has appointed Lead Plaintiff Plymouth as the steward of this case and, since that date, Lead Plaintiff respectfully submits that it and its selected counsel have performed the fiduciary functions of this important position with skill, diligence, and care.[4]

The only potential concern over the adequacy of Lead Plaintiff Plymouth to prosecute the claims of the now-expanded class is whether Lead Plaintiff Plymouth has a financial interest in the Expanded Class Period.  As evidenced by the Amended Certification attached as Exhibit A to the Keller Declaration, Plymouth has a substantial financial interest totaling $297,302 in the Consolidated Action.

---

filed which will include their claims."); *In re Rite Aid Corp. Sec. Litig.*, 1999 U.S. Dist. LEXIS 19753 (E.D. Pa. Dec. 20, 1999) (rejecting reopening of lead plaintiff process as "contrary to the goals of the PSLRA," where new complaint included additional wrongdoing "separate and distinct" from that alleged in the consolidated amended complaint).

[4] Indeed, as instructed by the Court in the Consolidation Order, on December 16, 2009, Plymouth and all relevant parties to the Consolidated Action filed a stipulated proposed scheduling order.  *See* Dkt. #42.  The Court endorsed the parties' proposed scheduling order on December 22, 2009 (the "Scheduling Order").  *See* Mylroie Dkt., Dec. 22, 2009 Minute Order.  Pursuant to the Scheduling Order, Court-appointed Lead Plaintiff Plymouth has been granted leave to file an amended complaint on March 1, 2010, forty-five (45) days following the first announcement of Carter's restatement on January 15, 2010 (the "Amended Complaint").  The Scheduling Order further mandates that Defendants do not have to respond to the Mylroie Complaint and, instead, will respond to the Amended Complaint.

Should the Court entertain any would-be competing lead plaintiff motions, Plymouth respectfully reserves its rights to oppose those motions and seek lead plaintiff appointment on behalf of itself in the Consolidated Action.

Dated: January 19, 2010

By: _/s/ David J. Worley_
**PAGE PERRY LLC**
David J. Worley (Ga. Bar No. 776665)
James M. Evangelista (Ga. Bar No. 707807)
1040 Crown Pointe Parkway, Suite 1050
Atlanta, Georgia 30338
Tel: (770) 673-0047
Fax: (770) 673-0120

*Liaison Counsel for Lead Plaintiff*
*and the Class*

**LABATON SUCHAROW LLP**
Christopher J. Keller
Jonathan Gardner
Angelina Nguyen
140 Broadway, 34th Floor
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

*Lead Counsel for Lead Plaintiff*
*and the Class*