UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

_____
                                   )
                                   )
In re                              )
CARTER'S, INC. SECURITIES          )  Civil Action No. 1:08-CV-2940-JOF
LITIGATION                         )
                                   )
                                   )
_____)

## DEFENDANT PRICEWATERHOUSECOOPERS LLP'S MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 74u-4(b), Defendant PricewaterhouseCoopers LLP ("PwC") moves this Court to dismiss Plaintiff's First Amended and Consolidated Class Action Complaint for Violations of Federal Securities Laws, filed March 15, 2010 ("Complaint") **[DKT # 51]** against PwC because Plaintiff has failed to allege sufficient facts to state a claim.

Plaintiff's only claim alleged against PwC arises under Section 10(b) of the Securities Exchange Act and Rule 10b-5 promulgated thereunder.  In order to pursue a claim under Section 10(b), Plaintiff must satisfy the stringent pleading requirements of the PSLRA, which, among other things, requires the Complaint to plead facts creating a strong inference of scienter, a requirement that the Eleventh Circuit has described as "difficult to meet."  *Mizzaro v. Home Depot, Inc.*, 544

F.3d 1230, 1256 (11th Cir. 2008). Plaintiff's Complaint here falls far short in this regard, relying on allegations that court after court have rejected as insufficient to satisfy the PSLRA.

WHEREFORE, for the foregoing reasons, which are set forth more fully in PwC's memorandum of law filed contemporaneously with this motion, PwC asks this Court to grant its Motion to Dismiss Plaintiff's First Amended and Consolidated Class Action Complaint for Violations of Federal Securities Laws with prejudice.

Respectfully submitted this 30th day of April, 2010.

/s/ John A. Chandler
John A. Chandler (Georgia Bar No. 120600)
Juanita P. Kuhner (Georgia Bar No. 444648)
KING & SPALDING LLP
1180 Peachtree St., N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: jchandler@kslaw.com
       jkuhner@kslaw.com

Diana L. Weiss (Pro Hac Vice)
KING & SPALDING LLP
1700 Pennsylvania Ave
Washington, D.C. 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
Email: dweiss@kslaw.com

Of counsel:

Margaret M. Enloe
PricewaterhouseCoopers, LLP
300 Madison Ave.
New York, New York 10017

# CERTIFICATE OF SERVICE

I hereby certify that this day I electronically filed the foregoing **DEFENDANT PRICEWATERHOUSECOOPERS LLP'S MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Alan I. Ellman
aellman@labaton.com
electroniccasefiling@labaton.com

Christopher G. Green
christopher.green@ropesgray.com
Courtalert@ropesgray.com

Christopher J. Keller
ckeller@labaton.com
anguyen@labaton.com
electroniccasefiling@labaton.com

David James Worley
dworley@pageperry.com

James M. Evangelista
jevangelista@pageperry.com

Jonathan Gardner
jgardner@labaton.com

Katherine V. Hernacki
katherine.hernacki@bryancave.com
b.lyle@bryancave.com

Lisa T. Millican
lisa.millican@lawofficePC.com

Michael Goldberg
info@glancylaw.com
dmacdiarmid@glancylaw.com
rprongay@glancylaw.com

Patrice Russell Walker
pwalker@phrd.com

Randall W. Bodner
RBodner@ropesgray.com
courtalert@ropesgray.com

Robert Matthew Martin
mattmartin@paulhastings.com
rhondakoelzer@paulhastings.com

Russell L. Lippman
russell.lippman@ropesgray.com
Courtalert@ropesgray.com
william.dunn@ropesgray.com

Walter E. Jospin
walterjospin@paulhastings.com

William Scott Sorrels
ssorrels@pogolaw.com

William Woodhull Stone
wstone@holzerlaw.com

I further certify that a copy of the **DEFENDANT PRICEWATERHOUSECOOPERS LLP'S MOTION TO DISMISS** was served via U.S. mail addressed to the following counsel of record:

Donald J. Enright
Finkelstein Thompson & Loughran
1050 30th Street, NW
Duvall Foundry
Washington, DC 20007

Lionel Z. Glancy
Glancy Binkow & Goldberg, LLP
Suite 311
1801 Avenue of the Stars
Los Angeles, CA 90067

This 30th day of April, 2010.

/s/ John A. Chandler
John A. Chandler
Ga. Bar No. 120600

KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
(404) 572-4600
(404) 572-5140 (fax)
jchandler@kslaw.com