IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE CARTER'S INC.                    )
SECURITIES LITIGATION                  )        CIVIL ACTION FILE
                                       )        NO. 1:08-CV-2940-JOF
_____      )

## MOTION TO DISMISS WITH PREJUDICE
## PLAINTIFFS' FIRST AMENDED AND
## CONSOLIDATED CLASS ACTION COMPLAINT

Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the

Private Securities Litigation Reform Act, defendants, Frederick J. Rowan, II,

Michael D. Casey, Andrew North and Charles E. Whetzel, Jr. (collectively, the

"Individual Defendants"), move to dismiss with prejudice all of the counts against

them in the First Amended and Consolidated Class Action Complaint filed on

March 15, 2010 by plaintiffs, Plymouth County Retirement System and Scott

Mylroie.

In support of their motion, the Individual Defendants rely upon their

Memorandum in Support of Motion to Dismiss With Prejudice Plaintiffs' First

Amended and Consolidated Class Action Complaint, which is being filed

contemporaneously herewith. In addition, the Individual Defendants rely upon the

Declaration of Christopher G. Green, along with attached exhibits, being filed by

defendant, Carter's Inc.

Dated: April 30, 2010          /s/ R. Matthew Martin
                               R. Matthew Martin (Ga. Bar No. 473450)
                               Paul, Hastings, Janofsky & Walker LLP
                               600 Peachtree Street, N.E.
                               Suite 2400
                               Atlanta, GA  30308-2222
                               (404) 815-2205
                               mattmartin@paulhastings.com

                               Attorneys for Frederick J. Rowan, II,
                               Michael D. Casey, Andrew North and
                               Charles E. Whetzel, Jr.

## CERTIFICATE OF COMPLIANCE WITH RULE 5.1B

Pursuant to Local Rule 7.1(D), N.D. Ga. L.R., I hereby certify that the

MOTION TO DISMISS WITH PREJUDICE PLAINTIFFS' FIRST AMENDED

AND CONSOLIDATED CLASS ACTION COMPLAINT has been prepared

using one of the font and point selections approved by the Court in Local Rule

5.1B, N.D. Ga.  This document was prepared using Times New Roman (14 pt.)

Dated:  April 30, 2010.

/s/ R. Matthew Martin
R. Matthew Martin (Ga. Bar No. 473450)
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E.
Suite 2400
Atlanta, GA  30308-2222
(404) 815-2205
mattmartin@paulhastings.com

Attorneys for Frederick J. Rowan, II,
Michael D. Casey, Andrew North and
Charles E. Whetzel, Jr.

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2010, I filed a copy of MEMORANDUM IN SUPPORT OF MOTION TO DISMISS WITH PREJUDICE PLAINTIFFS' FIRST AMENDED AND CONSOLIDATED CLASS ACTION COMPLAINT, with the Clerk of Court using the CM/ECF system, which automatically sent e-mail notification of such filing to the following attorneys of record, who are registered participants in the Court's electronic notice and filing system:

James M. Evangelista
(Ga. Bar No. 707807)
David J. Worley
(Ga. Bar No. 707807)
EVANGELISTA &
 ASSOCIATES, LLC
One Glenlake Parkway
Atlanta, GA 30328

Alan I. Ellman, Esq.
Christopher J. Keller, Esq.
Jonathan Gardner, Esq
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005

Lionel Z. Glancy, Esq.
Michael G. Goldberg, Esq.
GLANCY BINKOW &
 GOLDBERG, LLP
Suite 311
1801 Avenue of the Stars
Los Angeles CA 90067

Randall W. Bodner
Christopher G. Green
ROPES & GRAY, LLP
One International Place
Boston, MA 02110-2684

W. Scott Sorrels
(Ga. Bar No. 667074)
Luke A. Lantta
(Ga. Bar No. 141407)
BRYAN CAVE LLP
One Atlantic Center
Fourteenth Floor
Atlanta, GA 30309

John A. Chandler
(Georgia Bar No. 120600)
Juanita P. Kuhner
(Georgia Bar No. 444648)
KING & SPALDING LLP
1180 Peachtree St., N.E.
Atlanta, GA 30309

4

William W. Stone
(Ga. Bar No. 273907)
HOLZER, HOLZER & FISTEL, LLC
200 Ashford Center North
Suite 300
Atlanta, GA 30338

Lisa T. Millican
GREENFIELD MILLICAN, P.C.
607 the Grant Building
44 Broad Street, NW
Atlanta, GA 30303

Diana L. Weiss
KING & SPALDING LLP
Suite 200
1700 Pennsylvania Avenue, NW
Washington, DC 20006

J. Marbury Rainer
PARKER HUDSON RAINER &
DOBBS
285 Peachtree Center Avenue, N.E.
1500 Marquis II Tower
Atlanta, GA 30303

This 30th of April, 2010

/s/ R. Matthew Martin
R. Matthew Martin