# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| In re | ) | |
| CARTER'S INC. | ) | Civil Action File No.: |
| SECURITIES LITIGATION | ) | 1:08-CV-2940-JOF |
| | ) | |
| | ) | |

## DEFENDANT JOSEPH PACIFICO'S
## MOTION TO DISMISS WITH PREJUDICE THE
## FIRST AMENDED AND CONSOLIDATED CLASS ACTION COMPLAINT

COMES NOW Defendant Joseph Pacifico ("Pacifico") and, pursuant to Federal Rules of Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act, hereby moves to dismiss with prejudice all of the counts against him in the First Amended and Consolidated Class Action Complaint (the "Amended Complaint") filed by Plaintiffs Plymouth County Retirement System and Scott Mylroie. Pacifico adopts and incorporates, as fully set forth herein, the arguments in Carter's Inc.'s Motion to Dismiss with Prejudice the First Amended and Consolidated Class Action Complaint. In further support of this Motion, Pacifico submits the accompanying Memorandum of Law in Support of His Motion to Dismiss with Prejudice the First Amended and Consolidated Class Action Complaint.

WHEREFORE, for the reasons set forth in this Motion and Carter's Motion to Dismiss with Prejudice the First Amended and Consolidated Class Action Complaint, Pacifico respectfully requests that this Court enter an Order dismissing with prejudice the counts predicated on each of the two distinct theories of fraud and damages alleged in the Amended Complaint, namely the so-called "OshKosh Fraud" and the so-called "Accommodations Fraud." Pacifico accordingly requests an Order dismissing with prejudice all counts, Counts I through VI, against him in the Amended Complaint. Pacifico additionally requests such other and further relief as the Court deems just and proper.

Respectfully submitted this 30th day of April, 2010.

    s/ W. Scott Sorrels
W. Scott Sorrels
Georgia Bar No. 667074
Luke A. Lantta
Georgia Bar No. 141407

BRYAN CAVE LLP
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
(404) 572-6600

2

Facsimile: (404) 572-6999
scott.sorrels@bryancave.com
luke.lantta@bryancave.com

                              Counsel for Defendant
                              Joseph Pacifico

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re                              )<br>CARTER'S INC.                      )<br>SECURITIES LITIGATION              )<br>                                    )<br>                                    ) | Civil Action File No.:<br>1:08-CV-2940-JOF |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing **Defendant Joseph Pacifico's Motion to Dismiss with Prejudice the First Amended and Consolidated Class Action Complaint** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record::

David J. Worley, Esq.
James M. Evangelista, Esq.
PAGE PERRY LLC
1040 Crown Pointe Parkway
Suite 1050
Atlanta, Georgia  30338
*Liaison Counsel for Lead Plaintiff
Plymouth County Retirement System*

Patrice Russell Walker, Esq.
J. Marbury Rainer, Esq.
PARKER HUDSON RAINER & DOBBS
285 Peachtree Center Avenue, N.E.
1500 Marquis II Tower
Atlanta, Georgia  30303

Christopher J. Keller, Esq.
Jonathan Gardner, Esq.
Angelina Nguyen, Esq.
LABATON SUCHAROW LLP
140 Broadway
New York, N.Y. 10005
*Lead Counsel for Lead Plaintiff*
*Plymouth County Retirement System*

Randall W. Bodner, Esq.
Christopher G. Green, Esq.
William J. Dunn, Esq.
ROPES & GRAY LLP
One International Place
Boston, MA  02110-2624

Lionel Z. Glancy, Esq.
Michael Goldberg, Esq.
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
*Counsel for Plaintiffs*

Russell L. Lippman, Esq.
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, N.Y.  10036-8704
*Attorneys for Defendant Carter's, Inc.*

Ronen Sarraf, Esq.
Joseph Gentile
SARRAF GENTILE LLP
116 John Street, Suite 2310
New York, N.Y. 10038

R. Matthew Martin, Esq.
Walter Jospin, Esq.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
600 Peachtree Street, N.E.
Twenty-Fourth Floor
Atlanta, Georgia  30308
*Attorneys for Defendants Frederick J. Rowan, II, Michael D. Casey, and Charles E. Whetzel, Jr.*

Kenneth J. Vianale, Esq.
VIANALE & VIANALE LLP
2499 Glades Road
Suite 112
Boca Raton, Florida  33431
*Attorneys for Plaintiff Michael A. Woods*

Donald J. Enright, Esq.
FINKELSTEIN THOMPSON & LOUGHRAN
1050 30th Street, NW
Duvall Foundry
Washington, DC  20007
*Attorneys for Plaintiff Scott Mylroie*

John A. Chandler, Esq.
Juanita P. Kuhner, Esq.
KING & SPALDING LLP
1080 Peachtree Street, N.E.
Atlanta, Georgia  30309
*Counsel for Defendant*
*PricewaterhouseCoopers, LLP*

                                     s/ W. Scott Sorrels
                                     W. Scott Sorrels
                                     Georgia Bar No. 667074
                                     Luke A. Lantta
                                     Georgia Bar No. 141407

BRYAN CAVE LLP
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
(404) 572-6600
Facsimile: (404) 572-6999
scott.sorrels@bryancave.com
luke.lantta@bryancave.com

                                     Counsel for Defendant
                                     Joseph Pacifico