IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re ) <br> CARTER'S INC. ) <br> SECURITIES LITIGATION ) <br> ) <br> ) | Civil Action File No.: <br> 1:08-CV-2940-JOF |

**DEFENDANT JOSEPH PACIFICO'S
MEMORANDUM OF LAW IN SUPPORT OF HIS
MOTION TO DISMISS WITH PREJUDICE THE
FIRST AMENDED AND CONSOLIDATED CLASS ACTION COMPLAINT**

COMES NOW Defendant Joseph Pacifico ("Pacifico") and hereby files his Memorandum of Law in Support of His Motion to Dismiss with Prejudice the First Amended and Consolidated Class Action Complaint. Pacifico adopts and incorporates, as fully set forth herein, the arguments in Carter's Inc.'s Memorandum of Law In Support of Its Motion to Dismiss With Prejudice the First Amended and Consolidated Class Action Complaint, the Declaration of Christopher G. Green, along with attached exhibits.

Despite a 178-page Amended Complaint, Plaintiffs fail to sufficiently plead any claim against Pacifico. With respect to the "OshKosh Claims," the best Plaintiffs can do is attribute a few forward-looking statements to Pacifico made during a handful of earnings calls. As Carter's Memorandum of Law points out,

1

however, once full transcripts of the earnings calls are revealed – as opposed to Plaintiffs' cherry-picked, out-of-context portions of the calls – more often than not, Pacifico was the bearer of bad news, downgrading guidance and explaining why sales were below expectations. Moreover, as described in detail in Carter's Memorandum of Law, Plaintiffs utterly fail to plead scienter as against Pacifico. Plaintiffs fail to satisfy their burden with respect to the OshKosh Claims allegations against Pacifico.

With respect to the "Accommodations Claims," Plaintiffs again fail to satisfy their burden. All Plaintiffs have been able to allege against Pacifico is the vague comment of a confidential witness that Pacifico was "involved in setting up . . . accommodations." (Am. Compl. ¶ 73.) Of course Pacifico was involved in setting up accommodations, they are a fundamental part of the retail business. What CW2 and Plaintiffs fail to allege is any impropriety exhibited by Pacifico with respect to the accommodations. Accordingly, Plaintiffs have failed to sufficiently plead scienter. The accommodations allegations, however, are all academic because neither Plymouth nor Mylroie has standing to bring the Accommodations Claims.

Accordingly, for the reasons set forth above and in Carter's Memorandum of Law In Support of Its Motion to Dismiss With Prejudice the First Amended and

Consolidated Class Action Complaint, Pacifico respectfully requests that Plaintiffs' Amended Complaint be dismissed with prejudice in its entirety against Pacifico.

Respectfully submitted this 30th day of April, 2010.

                                          s/ W. Scott Sorrels
                                          W. Scott Sorrels
                                          Georgia Bar No. 667074
                                          Luke A. Lantta
                                          Georgia Bar No. 141407

BRYAN CAVE LLP
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
(404) 572-6600
Facsimile: (404) 572-6999
scott.sorrels@bryancave.com
luke.lantta@bryancave.com

                                          Counsel for Defendant
                                          Joseph Pacifico

## Local Rule 7.1(D) Certification of Compliance

I hereby certify that the foregoing document has been prepared with Times New Roman font, 14 point, pursuant to Northern District Local Rule 5.1B.

                                                       s/ W. Scott Sorrels
                                                      W. Scott Sorrels
                                                      Georgia Bar No. 667074
                                                      Luke A. Lantta
                                                      Georgia Bar No. 141407

BRYAN CAVE LLP
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
(404) 572-6600
Facsimile: (404) 572-6999
scott.sorrels@bryancave.com
luke.lantta@bryancave.com

                                                      Counsel for Defendant
                                                      Joseph Pacifico

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re                              ) <br> CARTER'S INC.                 ) <br> SECURITIES LITIGATION  ) <br>                                          ) <br> _____ ) | Civil Action File No.: <br> 1:08-CV-2940-JOF |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing **Defendant Joseph Pacifico's Memorandum of Law in Support of His Motion to Dismiss with Prejudice the First Amended and Consolidated Class Action Complaint** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record::

| | |
|---|---|
| David J. Worley, Esq. <br> James M. Evangelista, Esq. <br> PAGE PERRY LLC <br> 1040 Crown Pointe Parkway <br> Suite 1050 <br> Atlanta, Georgia  30338 <br> *Liaison Counsel for Lead Plaintiff* <br> *Plymouth County Retirement System* | Patrice Russell Walker, Esq. <br> J. Marbury Rainer, Esq. <br> PARKER HUDSON RAINER & DOBBS <br> 285 Peachtree Center Avenue, N.E. <br> 1500 Marquis II Tower <br> Atlanta, Georgia  30303 |

5

Christopher J. Keller, Esq.
Jonathan Gardner, Esq.
Angelina Nguyen, Esq.
LABATON SUCHAROW LLP
140 Broadway
New York, N.Y. 10005
*Lead Counsel for Lead Plaintiff*
*Plymouth County Retirement System*

Randall W. Bodner, Esq.
Christopher G. Green, Esq.
William J. Dunn, Esq.
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624

Lionel Z. Glancy, Esq.
Michael Goldberg, Esq.
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
*Counsel for Plaintiffs*

Russell L. Lippman, Esq.
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, N.Y. 10036-8704
*Attorneys for Defendant Carter's, Inc.*

Ronen Sarraf, Esq.
Joseph Gentile
SARRAF GENTILE LLP
116 John Street, Suite 2310
New York, N.Y. 10038

R. Matthew Martin, Esq.
Walter Jospin, Esq.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
600 Peachtree Street, N.E.
Twenty-Fourth Floor
Atlanta, Georgia 30308
*Attorneys for Defendants Frederick J. Rowan, II, Michael D. Casey, and Charles E. Whetzel, Jr.*

Kenneth J. Vianale, Esq.
VIANALE & VIANALE LLP
2499 Glades Road
Suite 112
Boca Raton, Florida 33431
*Attorneys for Plaintiff Michael A. Woods*

Donald J. Enright, Esq.
FINKELSTEIN THOMPSON & LOUGHRAN
1050 30th Street, NW
Duvall Foundry
Washington, DC 20007
*Attorneys for Plaintiff Scott Mylroie*

John A. Chandler, Esq.
Juanita P. Kuhner, Esq.
KING & SPALDING LLP
1080 Peachtree Street, N.E.
Atlanta, Georgia  30309
*Counsel for Defendant*
*PricewaterhouseCoopers, LLP*

                                              s/ W. Scott Sorrels
                                            W. Scott Sorrels
                                            Georgia Bar No. 667074
                                            Luke A. Lantta
                                            Georgia Bar No. 141407

BRYAN CAVE LLP
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
(404) 572-6600
Facsimile: (404) 572-6999
scott.sorrels@bryancave.com
luke.lantta@bryancave.com

                                            Counsel for Defendant
                                            Joseph Pacifico