UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re )<br>CARTER'S, INC. SECURITIES )<br>LITIGATION )<br> ) | Civil Action No.:  1:08-CV-2940-JOF |

**CARTER'S, INC.'S MOTION TO DISMISS WITH PREJUDICE THE FIRST AMENDED AND CONSOLIDATED CLASS ACTION COMPLAINT**

Defendant Carter's, Inc. ("Carter's") respectfully moves pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act to dismiss with prejudice all of the counts against it in the First Amended and Consolidated Class Action Complaint (the "Amended Complaint") filed by Plaintiffs Plymouth County Retirement System and Scott Mylroie.  In support of its Motion to Dismiss, Carter's submits the accompanying (i) Memorandum of Law In Support of Its Motion to Dismiss With Prejudice the First Amended and Consolidated Class Action Complaint ("Memorandum"), and (ii) Declaration of Christopher G. Green, along with attached exhibits, filed simultaneously herewith.

As set forth in the Memorandum, the Amended Complaint alleges two separate and distinct actions within a single consolidated complaint, namely the so-

called "OshKosh Fraud" and the so-called "Accommodations Fraud." Each merits individual review, and the Court may dismiss each on its own.

WHEREFORE, Carter's respectfully requests that this Court enter an Order (i) dismissing with prejudice Counts II and III of the Amended Complaint against Carter's to the extent those counts and claimed damages are predicated on the alleged "OshKosh Fraud"; and/or (ii) dismissing with prejudice Counts I and III of the Complaint against Carter's to the extent those counts and claimed damages are predicated on the alleged "Accommodations Fraud." Carter's additionally requests such other and further relief as the Court deems just and proper.

Dated: April 30, 2010

| | By: /s/ Patrice Russell Walker |
|---|---|
| Randall W. Bodner (pro hac vice) | J. Marbury Rainer |
| Christopher G. Green (pro hac vice) | Ga. Bar No. 592225 |
| James R. Drabick | Patrice Russell Walker |
| Heather B. Sanborn | Ga. Bar No. 266983 |
| William J. Dunn | PARKER HUDSON RAINER |
| ROPES & GRAY LLP | & DOBBS LLP |
| One International Place | 285 Peachtree Center Avenue, N.E. |
| Boston, MA 02110-2624 | 1500 Marquis II Tower |
| (617) 951-7000 | Atlanta, GA 30303 |
| RBodner@ropesgray.com | (404) 420-5564 |
| Christopher.Green@ropesgray.com | jmr@phrd.com |
| | pwalker@phrd.com |
| Russell L. Lippman (pro hac vice) | |
| ROPES & GRAY LLP | |
| 1211 Avenue of the Americas | |
| New York, NY 10036-8704 | |
| (212) 596-9000 | |
| Russell.Lippman@ropesgray.com | *Attorneys for Defendant Carter's, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2010, I filed a copy of (i) CARTER'S, INC.'S MOTION TO DISMISS WITH PREJUDICE THE FIRST AMENDED AND CONSOLIDATED CLASS ACTION COMPLAINT; and (ii) the DECLARATION OF CHRISTOPHER G. GREEN, with attached exhibits, with the Clerk of Court using the CM/ECF system, which automatically sent e-mail notification of such filing to the following attorneys of record, who are registered participants in the Court's electronic notice and filing system:

| | |
|---|---|
| James M. Evangelista<br>(Ga. Bar No. 707807)<br>David J. Worley<br>(Ga. Bar No. 707807)<br>EVANGELISTA &<br> ASSOCIATES, LLC<br>One Glenlake Partkway<br>Atlanta, GA 30328 | R. Matthew Martin<br>(Ga. Bar No. 473450)<br>Walter E. Jospin<br>(Ga. Bar No. 405450)<br>PAUL, HASTINGS, JANOFSKY &<br> WALKER, LLP<br>600 Peachtree Street, N.E.<br>Twenty-Fourth Floor<br>Atlanta, GA 30308 |
| Alan I. Ellman, Esq.<br>Christopher J. Keller, Esq.<br>Jonathan Gardner, Esq<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY 10005 | W. Scott Sorrels<br>(Ga. Bar No. 667074)<br>Luke A. Lantta<br>(Ga. Bar No. 141407)<br>BRYAN CAVE LLP<br>One Atlantic Center<br>Fourteenth Floor<br>Atlanta, GA 30309 |
| Lionel Z. Glancy, Esq.<br>Michael G. Goldberg, Esq.<br>GLANCY BINKOW &<br> GOLDBERG, LLP<br>Suite 311<br>1801 Avenue of the Stars<br>Los Angeles CA 90067 | |

| | |
|---|---|
| William W. Stone | John A. Chandler |
| (Ga. Bar No. 273907) | (Georgia Bar No. 120600) |
| HOLZER, HOLZER & FISTEL, LLC | Juanita P. Kuhner |
| 200 Ashford Center North | (Georgia Bar No. 444648) |
| Suite 300 | KING & SPALDING LLP |
| Atlanta, GA 30338 | 1180 Peachtree St., N.E. |
| | Atlanta, GA 30309 |
| Lisa T. Millican | |
| GREENFIELD MILLICAN, P.C. | Diana L. Weiss |
| 607 the Grant Building | KING & SPALDING LLP |
| 44 Broad Street, NW | Suite 200 |
| Atlanta, GA 30303 | 1700 Pennsylvania Avenue, NW |
| | Washington, DC 20006 |

This 30th of April, 2010

/s/ Patrice R. Walker
Patrice Russell Walker

2