UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re<br>CARTER'S, INC.<br>SECURITIES LITIGATION | Civil Action No. 1:08-CV-2940-AT |

## JOINT STATUS REPORT

Pursuant to the Court's November 9, 2012 Order [Docket No. 149], which stayed all proceedings pending mediation of this matter, Lead Plaintiff Plymouth County Retirement System and Defendant PricewaterhouseCoopers LLP ("PwC") hereby submit this Joint Status Report detailing the status of the Parties' pursuit of a negotiated resolution of this matter.

**Status of Mediation**

On February 27, 2013, Lead Plaintiff and PwC participated in a mediation before former United States District Judge Layn R. Phillips. Lead Plaintiff and PwC have reached an agreement in principle to settle all claims advanced or that could have been advanced in this action against PwC. Lead Plaintiff and PwC are

1

in the process of negotiating a formal, final settlement agreement, which they anticipate will be submitted to the Court on or before April 11, 2013 with a motion for preliminary approval of the settlement.

Respectfully submitted this 11th day of March, 2013.

| | |
|---|---|
| **HARRIS PENN LOWRY DELCAMPO LLP** | **KING & SPALDING LLP** |
| By:  /s/ David J. Worley | By:  /s/ Elizabeth V. Tanis |
| David J. Worley | John A. Chandler |
| Ga. Bar No. 776665 | Ga. Bar No. 120600 |
| James M. Evangelista | Elizabeth V. Tanis |
| Ga. Bar No. 707807 | Ga. Bar No. 697415 |
| 400 Colony Square | Juanita P. Kuhner |
| 1201 Peachtree Street | Ga. Bar No. 444648 |
| Suite 900 | 1180 Peachtree Street, N.E. |
| Atlanta, GA 30361 | Atlanta, Georgia 30309 |
| Tel: (404) 961-7650 | Telephone: (404)572-4600 |
| Fax: (404) 961-7651 | Facsimile: (404)572-5100 |
| *Liaison Counsel for Lead Plaintiff and the Settlement Class* | *Counsel for Defendant PricewaterhouseCoopers LLP* |
| **LABATON SUCHAROW LLP** | **KING & SPALDING** |
| Christopher Keller | Alexander K. Haas |
| Jonathan Gardner | 1700 Pennsylvania Ave., N.W. |
| Angelina Nguyen | Washington, D.C. 20006 |
| 140 Broadway | Telephone: (202)737-0500 |
| New York, New York 10005 | Facsimile: (202)626-3737 |
| Tel:  (212) 907-0700 | |
| Fax:  (212) 818-0477 | *Counsel for Defendant PricewaterhouseCoopers LLP* |
| *Lead Counsel for Lead Plaintiff* | |

*Plymouth County Retirement System
and the Settlement Class*

**FINKELSTEIN THOMPSON
& LOUGHRAN**
Donald J. Enright
1050 30th Street, NW
Duvall Foundry
Washington, DC 20007
Tel: (202) 337-8000
Fax: (202) 337-8090

*Attorneys for Plaintiff Scott Mylroie*

## CERTIFICATE OF COMPLIANCE
## WITH LOCAL RULE 5.1

Counsel hereby certifies that this pleading has been prepared with Times New Roman 14 point type, which is one of the font and point selections approved by the court in LR 5.1C.

Dated: March 11, 2013

                                                    /s/  David J. Worley
                                                    David J. Worley

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served the JOINT STATUS REPORT on all parties by causing a true copy to be filed with the court's electronic filing system, which should automatically send a copy to all counsel of record.

This 11th day of March, 2013     /s/ David J. Worley
                                 David J. Worley