# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re<br>CARTER'S, INC.<br>SECURITIES LITIGATION | )<br>)<br>) Civil Action No. 1:08-CV-2940-AT<br>) |

## LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION

COMES NOW Lead Plaintiff, Plymouth County Retirement System ("Lead Plaintiff"), on behalf of itself and the Settlement Class, through counsel, which will move this Court before the Honorable Amy Totenberg for an order pursuant to Federal Rule of Civil Procedure 23(e): (i) finally approving the proposed class action Settlement; (ii) finally certifying the putative Settlement Class, for settlement purposes only pursuant to Rules 23(a) and (b)(3); (iii) finding that notice to the Settlement Class satisfies due process and the Private Securities Litigation Reform Act of 1995; (iv) appointing Lead Plaintiff as Class Representative, Labaton Sucharow LLP as Class Counsel, and Harris Penn Lowry, LLP as Liaison Counsel; (v) approving the proposed Plan of Allocation for distributing the Net Settlement Fund; and (vi) such other and further relief as the Court deems just and proper.

In support of this motion, Lead Plaintiff submits herewith: Lead Plaintiff's Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation and the Declaration of Jonathan Gardner in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and Lead Counsel's Motion for Attorneys' Fees and Reimbursement of Litigation Expenses, with annexed exhibits.  Proposed orders will be submitted with Lead Plaintiff's reply submission, after the deadlines for objecting and seeking exclusion have passed.

Dated: August 30, 2013						Respectfully submitted,

**HARRIS PENN LOWRY, LLP**

By:  /s/ David J. Worley
(Ga. Bar No. 776665)
david@hpllegal.com
James M. Evangelista
(Ga. Bar No. 707807)
jim@hpllegal.com
400 Colony Square
1201 Peachtree Street, NE
Suite 900
Atlanta, Georgia 30361
Tel: (404) 961-7650
Fax: (404) 961-7651

*Liaison Counsel for Lead Plaintiff and the Settlement Class*

3

          **LABATON SUCHAROW LLP**
          Christopher Keller
          ckeller@labaton.com
          Jonathan Gardner
          jgardner@labaton.com
          Angelina Nguyen
          anguyen@labaton.com
          140 Broadway
          New York, New York 10005
          Tel:  (212) 907-0700
          Fax:  (212) 818-0477

*Lead Counsel for Lead Plaintiff Plymouth County Retirement System and the Settlement Class*

**FINKELSTEIN THOMPSON & LOUGHRAN**
Donald J. Enright
1050 30th Street, NW
Duvall Foundry
Washington, DC 20007
Tel: (202) 337-8000
Fax: (202) 337-8090

*Attorneys for Plaintiff Scott Mylroie*

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of August 2013, I electronically filed the foregoing motion, memorandum of law in support, and all attachments and exhibits in support thereof, with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record authorized to receive electronic filings using the CM/ECF system.

Dated:  August 30, 2013