UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM<br><br>                   Plaintiff,<br><br>vs.<br><br>CARTER'S INC., et al,<br><br>                   Defendants. | CIVIL ACTION FILE<br><br>NO. 1:08-cv-2940-AT |

## J U D G M E N T

     This action having come before the court, Honorable Amy Totenberg, United States District Judge, for consideration of Plaintiff's Motion for Attorney Fees, and the court having granted said motion, it is

     **Ordered and adjudged** that plaintiff recover from defendant fees in the amount of 30% of the Settlement Fund, or $990,000 and reimbursement of litigation expenses in the amount of $57,414.06, with interest earned on both amounts at the same rate as is earned by the Settlement Fund.

     Dated at Atlanta, Georgia this 11th day of October, 2013.

                                                                   JAMES N. HATTEN
                                                                   CLERK OF COURT


                                             By:   s/ Harry F. Martin
                                                                    Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   October 11, 2013
James N. Hatten
Clerk of Court


By:  s/ Harry F. Martin
        Deputy Clerk